# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ARISA BURGEST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-033 |
| BOARD OF REGENTS, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties' joint motion to stay discovery while defendant Edward B. Jolley recovers from surgery, until such time as his physicians release him, is **GRANTED** in part. Doc. 12. The case is **STAYED** for 60 days while defendant recovers. After those 60 days, the parties are **ORDERED** to file a joint status report apprising the Court whether further time is needed and, if defendant is able to resume litigating the case, provide the Court with a proposed amended scheduling order.

**SO ORDERED,** this 20th day of November, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA