# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ARISA BURGEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CV418-033 |
| | ) |
| BOARD OF REGENTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 20, 2018, the Court granted the parties' joint motion to stay discovery while defendant Edward B. Jolley recovered from surgery. *See* doc. 13 (staying case for 60 days and ordering parties to file a joint status report at that time "apprising the Court whether further time is needed and, if defendant is able to resume litigating the case, provide the Court with a proposed amended scheduling order."). Pursuant to that order, the parties filed their joint status report, indicating that Jolley will need through April of this year to "return to work." Doc. 14 at 1. The parties do not, however, indicate that more time is needed for Jolley to meaningfully participate in *this case*. Within 7 days of service of this Order the parties are **ORDERED** to file a response complying with the Court's Order, either (1) requesting an

extension of the stay or (2) proposing an amended scheduling order.

**SO ORDERED,** this __24th__ day of January, 2019.

_/s/ Christopher L. Ray_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA